Before STATE INDUSTRIAL BOARD, Respondent. LOUISE WEBER, Respondent, v. YONKERS WET WASH AND STEAM LAUNDRY COMPANY, Respondent, and INDEPENDENCE INDEMNITY INSURANCE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.